WASHINGTON H. TAYLOR, Appellant, *v.* CATHERINE TAYLOR, Respondent.

(Argued October 22, 1891; decided December 1, 1891.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made December 29, 1890, which affirmed a judgment in favor of defendant entered upon a decision of the court on trial at Special Term.

*Charles Wehle* for appellant.

*Benjamin Scharps* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.